**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

SHIPPING and TRANSIT, LLC,

Plaintiff,

vs.

PHARMAPACKS, LLC,

Defendant.

Miami Division

Case No. 9-16-cv-80189

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Shipping and Transit, LLC, by and through its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice to the Court and all parties that it is **voluntarily dismissing this action with prejudice**, with all parties to bear their own costs and attorneys' fees.

Dated: May 17, 2016.

Respectfully submitted,

s/Jason P. Dollard
JASON P. DOLLARD, FBN 0649821
Email: jdollard@LrEvansPa.com
Leslie Robert Evans & Associates, PA
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Telephone: (561) 832-8288
Facsimile: (561) 832-5722
Counsel for Plaintiff

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day, via email on the counsel listed below.

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Attn: Robert J. L. Moore, Esq.
One Financial Center
Boston, MA 02111
Direct: (617) 348-1826
Fax: (617) 542-2241
E-mail: RJMoore@mintz.com
*Attorney for Defendant PHARMAPACKS, LLC*